Adam D. Smith, Esq.
Nevada Bar No. 9690
Hector J. Carbajal II, Esq.
Nevada Bar No. 6247
SMITH CARBAJAL
2340 Paseo Del Prado, Suite D203
Las Vegas, Nevada 89102
T: (702) 929-2289
F: (702) 960-4454
adam@scvegas.com
hector@scvegas.com
*Attorneys for Defendant
CrossCountry Mortgage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION, | Case No.: 2:18-CV-00270 |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** |
| CROSSCOUNTRY MORTGAGE, INC., | |
| Defendant. | **(First Request)** |

Defendant CrossCountry Mortgage, Inc. ("CrossCountry") and Plaintiff Freedom Mortgage Corporation hereby stipulate and agree to extend the deadline for CrossCountry to answer or otherwise plead in response to the Complaint to May 18, 2018.

This is CrossCountry's first request for an extension of this deadline. This Stipulation is

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

| SMITH CARBAJAL | BALLARD SPAHR LLP |
|---|---|
| */s/ Hector J. Carbajal II* <br> HECTOR J. CARBAJAL II (SBN 6247) <br> 2340 Paseo Del Prado STE D203 <br> Las Vegas, Nevada 89102 <br> *Attorneys for Defendant* <br> *CrossCountry Mortgage, Inc.* | */s/ Russell J. Burke* <br> RUSSELL J. BURKE (SBN 12710) <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89104 <br> *Attorney for Plaintiff* <br> *Freedom Mortgage, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on April 16, 2018, I caused service of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT** by mailing a copy by United States Postal Service, postage prepaid, via email, and/or via electronic mail through the United States District Court's CM/ECF system to all CM/ECF registrants for this matter.

*/s/ Lourdes Chappell*
An Employee of SMITH CARBAJAL