Russell J. Burke
Nevada Bar No. 12710
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
burker@ballardspahr.com

Louis L. Chodoff (admitted pro hac vice)
N.J. Bar No. 037281988
Christopher T. Cognato (admitted pro hac vice)
N.J. Bar No. 020292009
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 761-3400

*Attorneys for Plaintiff Freedom
Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSCOUNTRY MORTGAGE, INC.,<br><br>Defendant. | Case No. 2:18-cv-00270-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Freedom Mortgage Corporation ("Plaintiff") and Defendant CrossCountry Mortgage, Inc. ("Defendant"), by and through their respective attorneys of record, hereby stipulate to the following:

1. On June 1, 2018, Defendant filed its Answer and Counterclaim in this matter;

2. Plaintiff's deadline to file and serve a responsive pleading to the Counterclaim is currently June 22, 2018;

3. Plaintiff and Defendant agree that Plaintiff shall have up to and including July 23, 2018 to serve its responsive pleading to the Counterclaim;

DMEAST #34623107 v1

4. The purpose of the extension is that the Counterclaim contains factually intensive allegations and additional time is required to fully investigate and file a responsive pleading; and

5. This stipulation and order is made in good faith and not for purposes of delay.

Dated: June 6, 2018

| BALLARD SPAHR LLP | SMITH CARBAJAL |
|---|---|
| By: /s/ Russell J. Burke<br>Russell J. Burke<br>Nevada Bar No. 12710<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Hector J. Carbajal<br>Hector J. Carbajal<br>Nevada Bar No. 6247<br>2430 Paseo Del Prada, Suite D203<br>Las Vegas, Nevada 89102 |
| Louis L. Chodoff (admitted pro hac vice)<br>Christopher C. Cognato (admitted pro hac vice)<br>210 Lake Drive East, Suite 200<br>Cherry Hill, New Jersey 08002 | *Attorneys for CrossCountry Mortgage, Inc.* |

*Attorneys for Freedom Mortgage Corporation*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 8, 2018

DMEAST #34623107 v1