Hector J. Carbajal II
Nevada Bar No. 6247
CARBAJAL LAW
10001 Park Run DR
Las Vegas, Nevada 89145
T: (702) 846-0040
F: (702) 846-1329
Hector@CLaw.vegas

Michael A. Platt (pro hac vice)
Benjamin M. Gavel (pro hac vice)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Tel: (216) 586-3939
Fax: (216) 579-0212
maplatt@jonesday.com
bgavel@jonesday.com

*Attorneys for Defendant
CrossCountry Mortgage, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREEDOM MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, INC.,<br><br>Defendant. | Case No.: 2:18-CV-00270-APG-CWH<br><br>**SUBSTITUTION OF ATTORNEYS** |

Defendant CROSSCOUNTRY MORTGAGE, INC., substitutes Hector J. Carbajal II, Esq. and the law firm of CARBAJAL LAW, whose address is 10001 Park Run DR, Las Vegas, Nevada 89145, telephone number (702) 846-0040, as attorney of record in place and stead of the law firm of SMITH CARBAJAL.

...

1

DATED this 2 day of August 2018.

I hereby consent to the above substitution.

CROSSCOUNTRY MORTGAGE, INC.

BY: _____
ALEX J. RAGON

ITS: CHIEF LEGAL COUNSEL

DATED this 1st day of August 2018.

SMITH CARBAJAL

_____
Hector J. Carbajal II, Esq.
2340 Paseo Del Prado, STE D203
Las Vegas, Nevada 89102

I am duly admitted to practice in the United States District Court, District of Nevada. The above substitution is hereby accepted.

DATED this 1st day of August 2018.

CARBAJAL LAW

_____
Hector J. Carbajal II, Esq.
10001 Park Run DR
Las Vegas, Nevada 89145

Retained: xx

APPROVED

DATED this 6 day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that pursuant to F.R.C.P. 5 on August 1, 2018, I caused service of the foregoing **SUBSTITUTION OF ATTORNEYS** by mailing a copy by United States Postal Service, postage prepaid, via email, and/or via electronic mail through the United States District Court's CM/ECF system to all CM/ECF registrants for this matter.

/s/ *Hector J. Carbajal II*
An Employee of SMITH CARBAJAL